UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GHASSAN SHAHIN and
JAROSLAVA SHAHIN,
    Plaintiffs,

v.                                            CASE NO.: 8:15-cv-02941-MSS-AAS

SYNCHRONY FINANCIAL,
ALLIED INTERSTATE, LLC, and
CAVALRY SPV I, LLC,
    Defendants.
_____/

### MEDIATOR'S NOTICE OF SETTLEMENT

James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on March 22, 2018, attended by Christopher W. E. Boss, Esq., Mr. Ghassan Shahin, Mrs. Jaroslava Shahin, Jonathan Marmo, Esq. and Marc Hui, Esq., resulted in a complete settlement.

### Certificate of Service

I hereby certify that on March 23, 2018, by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court and served true copies of this notice upon the following:

Christopher W. E. Boss, Esq.    Jonathan Marmo, Esq.
Fax: (727) 471-1206              Fax: (412) 288-3063

*/s/ James R. Betts*
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM